UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ24-030 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| STEPHAN ROY GOODMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Date of Detention Hearing:   January 22, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is alleged to have absconded from supervision in the Western District of Washington, and has a prior conviction for escape from custody. He therefore presents a significant risk of flight.

DETENTION ORDER
PAGE -1

Defendant presents a danger to the community based upon his criminal history and because he has an active addiction to controlled substances, including marijuana, methamphetamine, and fentanyl. There are two active warrants from other jurisdictions. Defendant does not contest detention at this time.

There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in the United States District Court for the District of Montana, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 22nd Day of January, 2024.

S. KATE VAUGHAN
United States Magistrate Judge